In the Matter of THOMAS DE METRE et al., Respondents, against E. ROBERT HALL, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. All concur. [See *ante*, p. 802.]

ANTHONY ARENA, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25701.) — Appeal by claimant from a judgment of the Court of Claims, dismissing his claim upon the merits. Claimant's attorney was not afforded a fair opportunity to prepare for trial, he was limited as to his right to call witnesses under control of the State and his right to cross-examine was unduly restricted. Judgment of the Court of Claims reversed on the law and facts, with costs, and a new trial granted. All concur, except Brewster, J., who dissents.

H. EDGAR NEAD, Respondent, v. NICOLA DI LEVA et al., Appellants.— Appeal from a judgment of the Supreme Court, Rensselaer County, entered in favor of the plaintiff after a trial before the court without a jury. The parties own adjoining properties on Franklin Place in the city of Troy. Defendants built a concrete wall in and along the rear of their premises which excluded light and air from bathrooms in the rear of plaintiff's premises. The court below adjudged that such wall was an encroachment upon plaintiff's property, and also in violation of section 3 of the Real Property Law, and directed summary removal of the same. The evidence sustains the judgment. The trial court's conduct in viewing the premises without the consent of or in the presence of counsel was improper but not prejudicial under the circumstances. Judgment affirmed, with costs. All concur, except Hill, P. J., who dissents.